1 | DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
2 | ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 7862
3 | JAKE R. SPENCER, ESQ.
Nevada Bar No. 12282
4 | LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
5 | Las Vegas, Nevada 89118
Phone: 702.893.3383
6 | E-Mail: Darrell.Dennis@lewisbrisbois.com
E-Mail: Adam.Pernsteiner@lewisbrisbois.com
7 | E-Mail: Jake.Spencer@lewisbrisbois.com
*Attorneys for Defendants Randolph Peterson*
8 | *and Teri Peterson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| HAWKINS MARITAL TRUST, by and through its trustees, ROBERT N. CARRIKER, ARTHUR O. DUMMER and CRAIG A. KREISER,<br><br>Plaintiff,<br><br>vs.<br><br>RANDOLPH PETERSON and TERI PETERSON and DOES I Through V, inclusive;<br><br>Defendants. | CASE NO.: 2:17-cv-00610<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS [#8]**<br>**(FIRST REQUEST)** |
|---|---|

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff HAWKINS MARITAL TRUST ("Plaintiff"), by and through its attorneys of record, ELLIS LAW, P.C., and Defendants RANDOLPH PETERSON and TERI PETERSON ("Defendants"), by and through their attorneys of record, Lewis Brisbois Bisgaard & Smith LLP, that the time for Defendants to file a reply to Plaintiff's Response [Doc. #8] to Defendants' Motion to Dismiss Plaintiff's Complaint [Doc. #7] is hereby extended to and including Friday, March 31, 2017.

/ / /

/ / /

/ / /

4822-4288-8261.1

| | |
|---|---|
| DATED:  March 21, 2017 | DATED:  March 21, 2017 |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | ELLIS LAW, P.C. |
| By: /s/ Adam J. Pernsteiner | By: /s/ Frank A. Ellis III |
|    Adam J. Pernsteiner, Esq. |    Frank A. Ellis III, Esq. |
|    Nevada Bar No. 7862 |    Nevada Bar No. 1623 |
|    6385 S. Rainbow Blvd., Suite 600 |    510 South 9th Street |
|    Las Vegas, Nevada 89118 |    Las Vegas, Nevada 89101 |
|    *Attorneys for Defendants* |    *Attorneys for Plaintiff* |

## ORDER

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: 3/22/2017